## STATE OF CONNECTICUT *v.* CHRISTIAN PORTER

The defendant's petition for certification for appeal from the Appellate Court, 39 Conn. App. 800 (AC 13642), is granted, limited to the following issues:

"Under the circumstances of this case: 1. Did the Appellate Court properly conclude that the trial court was correct in denying the defendant's request for an evidentiary hearing regarding the admissibility of the defendant's polygraph evidence?

"2. Should this court reconsider the applicability of the test for determining the admissibility of scientific evidence set forth in *Frye* v. *United States,* 293 F. 1013 (D.C. Cir. 1923), in light of the United States Supreme Court's decision in *Daubert* v. *Merrell Dow Pharmaceuticals, Inc.,* 509 U.S. 579, 113 S. Ct. 2786, 125 L. Ed. 2d 469 (1993)?"

The Supreme Court docket number is SC 15363.

*M. Hatcher Norris,* in support of the petition.

*Kevin T. Kane,* state's attorney, in opposition.

Decided February 13, 1996

## SOUTHINGTON SAVINGS BANK *v.* KIMBERLY RODGERS ET AL.

BERDON, J., dissenting. I would grant the defendants' petition for certification.

*Thomas T. Lonardo,* in support of the petition.

*Janet C. Hall* and *Christopher J. Hug,* in opposition.

Decided February 13, 1996